IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cr-30135-SMY |
| | ) |
| SHAWN PORTER, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Before the Court is the Defendant's Notice of Insanity Defense (Doc. 20) and the Government's Response to the Insanity Defense and request for evaluation pursuant to 18 U.S.C. § 4241, § 4242 and § 4247 (Doc. 21). Having considered the motion, being fully advised of its premises, and for good cause shown,

**IT IS ORDERED** that the motion is **GRANTED**. **IT IS FURTHER ORDERED** that,

1. A psychiatric/psychological evaluation be conducted on Defendant Shawn Porter by a licensed or certified psychiatrist or psychologist at a suitable facility designated by the United States Attorney General or his representative.

2. That Defendant Porter, already in the United States Marshal's custody, is committed to the custody of the United States Attorney General or his representative for transportation to, placement in, and evaluation in a suitable facility.

3. That an evaluation shall be completed within 45 days, unless an extension of time is sought from and granted by this Court, under 18 U.S.C. § 4247(b) and that the 45-day period shall not commence until Defendant Porter physically arrives in the facility designated for his evaluation. The director of the facility may apply for a reasonable extension not to exceed thirty (30) days, upon a showing of good cause the additional time is necessary to observe and evaluate the defendant.

4. The psychiatrist or psychologist shall prepare a report of his findings, furnish the report to counsel, and file the report with the Court whereafter the Court will schedule a hearing regarding Defendant Porter's competency.

5. The report shall contain the items delineated in 18 U.S.C. § 4247(c), including the

examiner's opinion as to whether Defendant Porter is mentally competent to stand trial (*i.e.,* whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense) and whether Defendant Porter was insane at the time of the offense charged.

**IT IS SO ORDERED.**

**DATED: January 3, 2024**

**STACI M. YANDLE**
**United States District Judge**