IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cr-30135-SMY |
| | ) |
| SHAWN PORTER, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Pending before the Court are Defendant Shawn Porter's Motion *in Limine* (Doc. 18) and the United States of America's Motions *in Limine* (Docs. 69, 71). For the reasons more fully stated on the record during the October 2, 2024 Final Pretrial Conference, the Court rules as follows:

**Defendant's Motion *in Limine* to Prohibit Evidence of Criminal History (Doc. 18)**

Defendant moves *in limine* to prohibit the Government from arguing or introducing evidence regarding Defendant's criminal history – other than for impeachment to the extent allowed under Fed.R.Evid. 609. The motion is **GRANTED** without objection.

**Government's Motion *in Limine* Seeking Permission to Introduce Evidence Pursuant to Excited Utterance (Doc. 69)**

The Government moves *in limine* for permission to introduce evidence pursuant to the excited utterance hearsay exception. Specifically, the Government moves to admit the excited utterance statements of Jennifer Bronsman's made to Tyler Bronsman, Kim Cox, and Judith Listello during the course of the June 21, 2023 incident. The motion is **GRANTED** subject to laying a proper foundation for relevance.

**Government's Motion *in Limine* for a Preliminary Determination
under Fed.R.Evid. 104(a) (Doc. 71)**

The Government moves for a preliminary determination that it may elicit the testimony of Jennifer Bronsman and that no applicable marital privilege exists that would preclude the anticipated testimony. The Government also moves to impeach Bronsman if necessary. At this juncture, neither the marital testimonial privilege or marital communications privilege have been invoked in this case. If the privileges are invoked, the Court will conduct the appropriate hearing at trial. Accordingly, the motion is **DENIED without prejudice**.

    IT IS SO ORDERED.

    DATED: October 2, 2024

                                                   **STACI M. YANDLE**
                                                   **United States District Judge**